**MINUTE ENTRY**

**April 28, 2004**

**JUDGE DONALD E. WALTER**

**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROCKY WILLIAMS | CIVIL ACTION NO. 1:01-4146 |
| versus | JUDGE WALTER |
| CITY OF NEW YORK | MAGISTRATE JUDGE _____ |

*******************************************

A conference call initiated by the Court (318-676-3175) is set for Friday, May 7, 2004 at 3:00 p.m. (CENTRAL TIME). Michael B. Lumer (212-509-3900) and Richard S. Julie (212-940-6450) will participate.