UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROCKY WILLIAMS

        Plaintiff

    V.

ALFRED VARGAS POLICE OFFICER
ROSTISLAV RUVINSKIY POLICE OFFICER
NEW YORK CITY

        Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

CV-01-4146 (DEW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
JUN 23 2004
BROOKLYN OFFICE

THIS MATTER having come for jury trial and the jury having rendered a verdict in favor of the defendant, New York City

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing of the Defendants; and Judgment is hereby entered in favor of the Defendant.

JUNE 14, 2004

ROBERT C. HEINEMANN

MARY GONZALEZ,
(By) Deputy Clerk